638

No. 101. W. W. Clyde & Co. *v.* Dyess. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Arthur E. Moreton* for petitioner.

No. 102. Mirsky *v.* Conlew, Inc. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Horace G. Marks* and *David Haar* for petitioner. *Messrs. Leonard G. Bisco* and *Henry Landau* for respondent.

No. 105. Duquesne Club *v.* Bell, Former Acting Collector of Internal Revenue; and

No. 106. Duquesne Club *v.* Driscoll, Collector of Internal Revenue. October 12, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George B. Furman, Paul Armitage,* and *Edward Holloway* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondents.

No. 107. Evans *v.* Commissioner of Internal Revenue. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. James S. Y. Ivins* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

No. 108. Morehead *v.* Commissioner of Internal Revenue. October 12, 1942. Petition for writ of certi-